Joshua M. Lurie, Esq.
Lurie|Strupinsky, LLP
15 Warren Street, Suite 36
Hackensack, New Jersey 07601
Ph. (201) 518-9999
Fax. (201) 479-9955
Attorney for Plaintiffs

| | |
|---|---|
| CAPE FEAR MULTIFAMILY, LLC and ASTORIA ACQUISITION, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>ASTORIA OWNER, LLC; MOSHE WEINGARTEN, individually; VALOR RESIDENTIAL GROUP, LLC; LANDMARK ABSTRACT AGENCY, LLC; JACOB REKANT; and OLD REPUBLIC TITLE INSURANCE COMPANY.<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK<br><br>Civil Case No. 1:23-cv-03827<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Plaintiffs, Cape Fear Multifamily LLC and Astoria Acquisition, LLC ("Plaintiffs"), pursuant to Fed. R. Civ. P. 7.1, disclose the following corporations owning 10% or more of Plaintiffs:

Cape Fear Multifamily, LLC, discloses Astoria Acquisition, LLC and Atlantic Multifamily, LLC.

Astoria Acquisition, LLC, discloses the Maxus Realty Trust, Inc., and Mlake 18, LLC.

Dated: This 22nd Day of May, 2023

    Respectfully Submitted,
    **LURIE STRUPINSKY, LLP**

By: <u>/s/ Joshua M. Lurie</u>
    15 Warren Street, Suite 36
    Hackensack, New Jersey 07601
    Tel: (201) 518-9999
    Fax: (201) 479-9955
    Email: jmlurie@luriestrupinsky.com