UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| CAPE FEAR MULTIFAMILY, LLC, et al. | : | |
| | : | |
| Plaintiffs, | : | **RULE 7.1 STATEMENT** |
| vs. | : | |
| | : | |
| WEINGARTEN, et al. | : | |
| | : | **Civil Case No. 1:23-cv-03827-DLI-SJB** |
| Defendants. | : | |
| | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel for Plaintiffs (a private non-governmental party or intervenor) certifies the following:

**PART I:**

**Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.**

Plaintiffs, Cape Fear Multifamily LLC and Astoria Acquisition, LLC ("Plaintiffs"), pursuant to Fed. R. Civ. P. 7.1, disclose the following corporations owning 10% or more of Plaintiffs:

-   Cape Fear Multifamily, LLC, discloses Astoria Acquisition, LLC and Atlantic Multifamily, LLC.

-   Astoria Acquisition, LLC, discloses the Maxus Realty Trust, Inc., and Mlake 18, LLC.

**PART II:**

**Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).**

**Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).**

**Plaintiffs:**

- **Cape Fear Multifamily, LLC**
  North Carolina Limited Liability Company
  Principal Place of Business: Missouri
  Parent Companies:
  - Astoria Acquisition LLC
    (See below for information)

    Atlantic Multifamily LLC
    North Carolina Limited Liability Company
    Principal Place of Business: Utah
    Members:
    - Citizen of Utah

- **Astoria Acquisition, LLC**
  Principal Place of Business: Missouri
  Parent Companies:
  - Maxus Realty Trust, Inc.
    Missouri Corporation
    Principal Place of Business: Missouri

    Mlake 18, LLC
    Missouri Limited Liability Company
    Principal Place of Business: Missouri
    Members/Individuals (all are citizens of Missouri, Kansas, or Alaska)

**Defendants:**

- Valor Residential Group, LLC
  - New York Limited Liability Company
  - Principal Place of Business: New York
  - Members:
    - 1. Moshe Weingarten, citizen of New York
    - 2. Eli Meisels, citizen of New Jersey

- Moshe Weingarten
  - Citizen of New York

- Jacob Rekant
  - Citizen of New York

- Old Republic National Title Insurance Company
  - Principal Place of Business: Florida
  - Parent Company: Old Republic International Corporation

- Citizen of Illinois

  o Landmark Abstract Agency, LLC
    - New York Limited Liability Company
    - Principal Place of Business: New York
    - Members:
      - 1. Jacob Rekant, citizen of New York
      - 2. Yuri Dreyfus, citizen of New York

  o Astoria Owner, LLC
    - Delaware Limited Liability Company
    - Principal Place of Business: Delaware
    - Members:
      - 1. Moshe Weingarten, citizen of New York
      - 2. Eli Meisels, citizen of New Jersey

Date:   May 31, 2023

_____
Signature of Attorney


_____ JL7272 ___
Attorney Bar Code