ShapiroCroland
Shapiro • Croland • Reiser • Apfel • Di Iorio, LLP.

Joshua M. Lurie, Esq.
Partner
jmlurie@shapirocroland.com
Member of NJ, NY and VT (inactive) Bars

November 6, 2025

**Via ECF**
Hon. Dora L. Irizarry, U.S.D.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Cape Fear Multifamily, LLC, et al. v. Weingarten, et al.
Civil Case No. 1:23-cv-03827-DLI-RML

Dear Judge Irizarry,

This office represents Plaintiffs, Cape Fear Multifamily, LLC and Astoria Acquisition, LLC in the above-referenced matter.

Defendants have had motions to dismiss pending before the Court, all having been fully briefed, for two years – since September 2023. The undersigned has submitted several letters and reached out to the Court multiple times regarding this matter and the extensive amount of time that it has been pending adjudication of the motions to dismiss and to open discovery.

The need to move this case forward is paramount to avoid further prejudice. Since the last communication, Plaintiffs have obtained testimony under oath confirming part of the fraud alleged. This case involves the negotiation and renegotiation of real estate referred to as the Astoria Apartments. The renegotiation, during which Plaintiffs agreed to concessions demanded by Defendant Moshe Weingarten, was premised upon Defendant Valor Residential Group, LLC, delivering a $2 million non-refundable deposit to Defendant Landmark Abstract Agency. *See* Petition at ¶ 37. Defendant Jacob Rekant confirmed in a writing received by both Plaintiffs and Weingarten that Landmark had the deposit. *See* Petition at ¶ 38. However, in an arbitration involving Plaintiff MaxMez LLC and Weingarten, the Chief Executive Officer of Valor Residential testified that the deposit was never sent. *See* Exhibit 1, Excerpts of Deposition of Eli Meisels at 10:9-23; 34:2 – 36:8. Mr. Meisels testified:

> Q Did you all send $2,000,000 at any point to Landmark Abstract Agency regarding the Astoria transaction?

A No.
Q Why?
A I don't know.
Q So Mr. Rekant says, "This letter shall confirm we are holding the sum of $2,000,000." Is Mr. Rekant's letter a lie?
A You would have to ask him.
Q But you know it's not correct, right?
A Correct.

For two years, Defendants have suffered no consequences for their lie, while Plaintiff has been deprived of $2 million. I write once again to ask the Court to either grant the motion to lift the stay or to set the motion for oral argument so that Plaintiff may secure the just, speedy, and inexpensive determination of this action guaranteed by Rule 1 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Joshua M. Lurie, Esq.

Enclosures
JML:me
cc: All Counsel (via ECF)