# ZACHTER PLLC

**JEFFREY ZACHTER**
Fax: (646) 779-3296
JZachter@zachterlaw.com

**New York Office**
30 Wall Street
8th Floor
New York, NY 10055
Phone: (646) 779-3295

**New Jersey Office**
2 University Plaza
Suite 205
Hackensack, NJ 07601
Phone: (201) 500-6576

April 20, 2026

**VIA ELECTRONIC FILING**

Hon. Robert M. Levy, U.S.M.J.
United States District Court for
The District of Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cape Fear Multifamily, LLC v. Weingarten, et al.*
Civil Case No. 1:23-cv-3827-DLI-RML

Dear Magistrate Judge Levy:

I represent Defendants Landmark and Rekant (the "Landmark Defendants") in the above-captioned action and write to respond to Plaintiffs' improper April 15, 2026 Letter (the "Sanctions Letter") to the Court which seeks Rule 37 sanctions against the Landmark Defendants without having satisfied the requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court (the "Rules").

As an initial matter, Plaintiffs never met and conferred with the Landmark Defendants before filing the Sanctions Letter. But the Rules are crystal clear that a party should not waste judicial time and resources by running to the Court; instead parties must make a good faith effort to resolve disputes before making any discovery motion. See Federal Rule of Civil Procedure 37(a)(1); Local Civil Rule 37.3(a).

Plaintiffs failed to do so, burdening this Court with a dispute that a simple phone call would have resolved. This Court's deadline for discovery fell out on April 7, smack in the middle of the Passover holidays. I was out of town for the entire Passover holiday as I told Plaintiffs, and would be turning to our discovery responses when I returned. I have now done so, and served Plaintiffs with the Landmark Defendants' discovery responses. I am also available to meet and confer with Plaintiffs to streamline the Landmark Defendants' production so as to avoid duplication with the production from other Defendants. Accordingly, Plaintiffs' Sanctions Letter is now moot.

Sincerely,

**ZACHTER, PLLC**
*Attorneys for Rekant and Landmark*

______________________________
Jeffrey Zachter, Esq.